1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| PENINSULA PETROLEUM FAR EAST PTE LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CRYSTAL CRUISES, LLC <br> STAR CRUISES (HK) LIMITED, <br><br> Defendant, <br><br> and <br><br> MUFG UNION BANK, NATIONAL ASSOCIATION, <br><br> Garnishee | Case No. 2:22-cv-898 <br><br> IN ADMIRALTY <br><br> **[PROPOSED] ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

The Court, having reviewed Plaintiff Peninsula Petroleum Far East Pte. Ltd.'s *Ex Parte* Application for Issuance of Process of Maritime Attachment and Garnishment, together with the Verified Complaint and the attorney declaration averring that Defendants Crystal Cruises, LLC and Star Cruises (HK) Limited

cannot be found in the Central District of California, and finding that the conditions of Supplemental Rule B for Certain Admiralty and Maritime Claims of the Federal Rules of Procedure ("Rule B") appear to exist, hereby:

**ORDERS** that the Clerk of this Court issue Process of Maritime Attachment and Garnishment, pursuant to Rule B, for all assets, cash, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible and/or intangible assets belonging to, due, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendants Crystal Cruises, LLC and Star Cruises (HK) Limited, including, but not limited to any such assets as may be in the possession, custody or control of, or being transferred through any garnishee within this District, and said Order being equally applicable with respect to the issuance and service of additional writs of maritime attachment and garnishment upon any garnishees in this District not named herein, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

**ORDERS** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the garnishment or attachment should not be vacated or other relief granted;

**ORDERS** that any property attached or garnished pursuant to this Order may be released from seizure without further order of the Court, as long as the garnishee receives written authorization for the release from the attorney who requested the attachment and garnishment, which written authorization shall state that all parties in the Action have conferred through their counsel and consent to the request for release, and provided that the Court has not entered an order modifying the procedure for release of property attached pursuant to this Order;

**ORDERS**, that the Clerk may issue supplemental or further writs of maritime

attachment and garnishment upon request by Plaintiff and without further order of the Court;

**ORDERS** that following initial service of a writ of maritime attachment and garnishment on any Garnishee, supplemental service of maritime attachment and garnishment writs on that Garnishee and related papers may be made by way of facsimile transmission or email to each such Garnishee;

**ORDERS** that service on any Garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the Garnishee's business the next business day;

**ORDERS** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), each Garnishee may consent, in writing, to accept service by any other means;

**ORDERS** that a copy of this Order be served with each said writ of maritime attachment and garnishment; and,

**ORDERS** that to afford an opportunity for an expeditious hearing of any objections which might be raised by Defendants, or any Garnishee, a hearing may be set by calling the case manager of the undersigned.

**IT IS SO ORDERED.**

Date: February ___ , 2022.

_____
United States District Court Judge